# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1977

_____

| | |
|---|---|
| Linda Jo Robinson, as Administrator and Personal Representative of the Estate of Kimberly Nell Robinson, Deceased, | * * * * * |
| Appellant, | * |
| v. | * Appeal from the United States * District Court for the * Eastern District of Arkansas. |
| United States of America, | * |
| | * [UNPUBLISHED] |
| Appellee. | * |

_____

Submitted: September 29, 2009
Filed: September 29, 2009

_____

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Linda Robinson appeals the district court's[1] adverse judgment and denial of reconsideration, following a bench trial in her medical-malpractice suit under the Federal Tort Claims Act. Having reviewed the district court's fact findings for clear error and its conclusions of law and mixed questions of law and fact de novo, <u>see</u>

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

<u>United States v. Missouri</u>, 535 F.3d 844, 848 (8th Cir. 2008), we conclude that the judgment was proper for the reasons stated by the district court.  We also conclude that the court did not abuse its discretion in denying Robinson's motion to reconsider, <u>see</u> <u>Murphy v. Mo. Dep't of Corr.</u>, 506 F.3d 1111, 1117 (8th Cir. 2007), <u>cert. denied</u>, 128 S. Ct. 1493 (2008); <u>United States v. Metro. St. Louis Sewer Dist.</u>, 440 F.3d 930, 933 (8th Cir. 2006), or her motion for sanctions, <u>see</u> <u>United States v. Pugh</u>, 445 F.3d 1066, 1068 (8th Cir. 2006).

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____